## CASE ANNOUNCEMENTS

*June 26, 2014*

[Cite as *06/26/2014 Case Announcements #2*, 2014-Ohio-2762.]

## MOTION AND PROCEDURAL RULINGS

2014–0851.   Freedom Mtge. Corp. v. Vitale.

Tuscarawas App. No. 2013 AP 08 0037, 2014-Ohio-1549. This cause is pending before the court as a jurisdictional appeal.

Upon review of the motion for stay of sale, it is ordered by the court that appellee shall file a response, if any, to the motion for stay no later than Wednesday, July 2, 2014.

## CASE ANNOUNCEMENTS

*June 26, 2014*

[Cite as *06/26/2014 Case Announcements #3*, 2014-Ohio-2780.]

## MOTION AND PROCEDURAL RULINGS